UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MICROSOFT CORPORATION, a
Washington corporation,

                Plaintiff,                            **ORDER**

    -against-                                    O5 CV 5796 (DRH)(MLO)

AGA SOLUTIONS, INC., a New York
Corporation, d/b/a/ ADVANCED SOFTWARE
SOLUTIONS and ADVANCED COMPUTER
SOLUTIONS; MITCHELL S. ACKERMAN,
a/k/a/SCOTT SIMON, WANTAMANSION,
and MEGAHERTZ932, an individual; and
LEE K. ACKERMAN, a/k/a/ PASSPORT 2002,
an individual,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**APPEARANCES:**

**Yarmuth Wilsdon Calfo PLLC**
Attorneys for Plaintiff
925 Fourth Avenue Suite 2500
Seattle, WA 98104
By:    Scott T. Wilsdon, Esq.
          John Jamnback, Esq.

**Mitchell Ackerman**
Defendant Pro Se
23415 Mirabella Circle South
Boca Raton, FL 33433

**Lee Ackerman**
Defendant Pro Se
c/o Dr. Alan Berman
77 Veterans Memorial Highway
Commack, New York 11725

**Jonathan Lee Riches**
Movant Pro Se
#40948018
Federal Medical Center

P.O. Box 14500
Lexington, KY 40512

**HURLEY, Senior District Judge:**

Plaintiff, Microsoft Corporation, ("Plaintiff" or "Microsoft") commenced this lawsuit asserting various causes of action premised on Defendants alleged distribution of counterfeit or unlicensed Microsoft software and components. Presently before the Court is the motion of Jonathan Lee Riches to intervene in this action. The application is denied as the requirements of Rule 24 of the Federal Rules of Civil Procedure for either intervention as of right or permissive intervention have not been met.

    **SO ORDERED.**

Dated: Central Islip, New York
       May 21, 2009

                                          /s/
                                          Denis R. Hurley
                                          Senior District Judge